IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


CHRIS MINNIE WEATHEN                                              PLAINTIFF

v.                              Case No. 1:26-cv-1022

TOMMY STURGEON,
Sheriff of Ashley County;
and JOHNNY GUY,
Jail Administrator of Ashley County
Detention Center                                                DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation (ECF No. 6) filed June 26, 2026, by

the Honorable Christy Comstock, United States Magistrate Judge for the Western District of

Arkansas.  Judge Comstock recommends that this case be dismissed without prejudice for failure

to comply with the Court's orders and failure to prosecute this case.  *See* Fed. R. Civ. P. 41(b).  No

party has filed objections to the Report and Recommendation (ECF No. 6), and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, finding no clear error on the face of the

record and that Judge Comstock's reasoning is sound, the Court adopts the Report and

Recommendation (ECF No. 6) in its entirety.  Accordingly, this case is **DISMISSED WITHOUT**

**PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge